# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES BROWN,
          Appellant,
      vs.
THE STATE OF NEVADA,
          Respondent.

No. 78732

**FILED**

JUL 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

In his notice of appeal, appellant states that he is pursuing an appeal from an "order of commitment entered on 3/29/2019 or, in the alternative, petition for writ of habeas corpus." No statute or court rule provides for an appeal from an order of commitment or from an order denying a pretrial petition for a writ of habeas corpus.[1] *Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *Gary v. Sheriff,* 96 Nev. 78, 605 P.2d 212 (1980). To the extent that appellant is attempting to file an original petition for a writ of habeas corpus in this court, "[a]n application

---

[1]The documents before this court do not indicate that a pretrial petition for a writ of habeas corpus has been filed or denied in district court.

SUPREME COURT
OF
NEVADA

(O) 1947A

19- 29182

for an original writ of habeas corpus should be made to the appropriate district court." *See* NRAP 22. Accordingly, this court

ORDERS this appeal DISMISSED.[2]

_____ Pickering _____, J.
Pickering

_____, J.
Parraguirre

_____ Cadish _____, J.
Cadish

cc: Hon. Linda Marie Bell, Chief Judge
Charles Brown
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender

---

[2]Given this order, this court takes no action on the pro se documents filed in this appeal.